# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHIELA BUNCH,

      Plaintiff,

v.                                         Case No:   6:13-cv-857-Orl-40KRS

FIDELITY TECHNOLOGIES
CORPORATION,

      Defendant.

_____

## ORDER

This cause is before the Court at the conclusion of the Magistrate Settlement Conference, Minute Entry (Doc. No. 53) filed on August 12, 2014.

The United States Magistrate Judge has submitted a report recommending that the Court approve dismissal of the action with prejudice.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of Non-Objection Regarding Report and Recommendation dated August 13, 2014 (Doc. 55) was filed on August 13, 2014, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 13, 2014 (Doc. No. 54), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The case is **DISMISSED WITH PREJUDICE**.

3. The Clerk is **DIRECTED** to terminate all deadlines and close the case.

**DONE** and **ORDERED** in Orlando, Florida on August 15, 2014.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties